FILED

**NOT FOR PUBLICATION**

OCT 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: MICHAEL T. MEEHAN, | No. 14-60078 |
| Debtor. | BAP No. 13-1571 |
| _____ | |
| MICHAEL T. MEEHAN, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| OCWEN LOAN SERVICING LLC; WELLS FARGO BANK, NA, As trustee for Option One Mortgage Loan Trust 2007-3, | |
| Appellees. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Dunn, Taylor, and Spraker, Bankruptcy Judges, Presiding

Submitted September 27, 2016[**]

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

_____

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Michael T. Meehan appeals pro se from the Bankruptcy Appellate Panel's ("BAP") order affirming the bankruptcy court's order dismissing for lack standing Meehan's adversary proceeding. We have jurisdiction under 28 U.S.C. § 158(d)(1). We affirm.

In his opening brief, Meehan fails to address how the BAP or the bankruptcy court erred in either ruling. As a result, Meehan has waived his appeal of the dismissal order. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim . . . .").

**AFFIRMED.**